UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON D. KEPLINGER, | No. 2:25-cv-1180 AC P |
| Plaintiff, | |
| v. | ORDER |
| KERN COUNTY, et al., | |
| Defendants. | |

On May 12, 2025, after reviewing the complaint, the court issued an order providing plaintiff an opportunity to show cause in writing why this case should not be transferred to the United States District Court for the Eastern District of California sitting in Fresno, where it appears plaintiff and three of the four named defendants are located and where the alleged violations occurred. ECF No. 4. The order stated that "within twenty-one days of the service of this order, plaintiff may show cause in writing why this case should not be transferred." Id. at 3. Plaintiff was informed that if he failed to file a response to the court's order or filed a notice consenting to the transfer, the case would be transferred to the Fresno Division of the United States District Court for the Eastern District of California. Id. The time to file a response has passed. Because plaintiff has not shown cause why this case should not be transferred, this action will be transferred to the Fresno Division of this court.

////

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. This action is transferred to the United States District Court for the Eastern District of
3  California sitting in Fresno; and

4  2. All future filings shall reference the new Fresno case number assigned and shall be
5  filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: July 21, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE