# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON D. KEPLINGER,<br><br>            Plaintiff,<br><br>    v.<br><br>KERN COUNTY, *et al.*,<br><br>            Defendants. | Case No. 1:25-cv-00891-BAM (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE CERTIFIED COPY OF TRUST ACCOUNT STATEMENT OR PAY FILING FEE<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Jason D. Keplinger ("Plaintiff") is a county jail inmate proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on April 23, 2025, together with a motion to proceed *in forma pauperis*, in the Sacramento Division of the United States District Court for the Eastern District of California. (ECF Nos. 1, 2.) This action was transferred to the Fresno Division on July 22, 2025. (ECF No. 5.)

Plaintiff's application to proceed *in forma pauperis* is incomplete. Plaintiff failed to submit a certified copy of his trust account statement and did not have an authorized officer from his institution of incarceration complete the certificate portion of the form. Plaintiff must submit a certified copy of his trust account statement if he wishes for the application to be considered.

Accordingly, IT IS HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a certified copy of his inmate trust account statement for the past six months, or in the alternative,

pay the $405.00 filing fee for this action;

2. No extension of time will be granted without a showing of good cause; and

3. **The failure to comply with this order will result in dismissal of this action without prejudice.**

IT IS SO ORDERED.

Dated: **July 22, 2025**        /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE