UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON D. KEPLINGER,<br><br>   Plaintiff,<br><br>   v.<br><br>KERN COUNTY, et al.,<br><br>   Defendants. | Case No.: 1:25-cv-0891 JLT BAM<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br><br>(Doc. 9) |

Jason Keplinger initiated this action by filing a complaint for violations of his civil rights "in Kern County Lerdo Jail and several up state prisons." (Doc. 1 at 3.) Although the Court served new case documents the following day, the U.S. Postal Service returned the Court's mail as undeliverable on May 5, 2025. Since that time, the U.S. returned each of the Court's attempted communications as undeliverable, many with the indication that Plaintiff was no longer in custody.

The magistrate judge found Plaintiff failed to prosecute the matter due to the failure to file a notice of change of address under Local Rule 183(b) and failure to comply with its orders. (Doc. 9 at 2.) The magistrate judge also found terminating sanctions are appropriate after considering the factors identified by the Ninth Circuit. (*Id.* at 3-4.) Therefore, the magistrate judge recommended the Court dismiss the action without prejudice. (*Id.* at 4.)

The Court served the Findings and Recommendations on Plaintiff at the address on record. However, the Postal Service again returned the Court's mail as "Undeliverable, Not in Custody" on

1

September 24, 2025.  Nevertheless, the Court's service is deemed fully effective pursuant to Local Rule 182(f).  To date, Plaintiff has not filed a notice of change of address or otherwise communicated with the Court.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated September 15, 2025 (Doc. 9) are **ADOPTED** in full.
2. The action is **DISMISSED** without prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 26, 2025**

UNITED STATES DISTRICT JUDGE

2